IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ANGELA BOOKER,

        Plaintiff,

v.                              CIVIL ACTION NO.  2:14-cv-11523

FAYETTE COUNTY SHERIFF'S DEPARTMENT, et al.,

        Defendants.

**JUDGMENT ORDER**

In accordance with the accompanying orders of this date, the court **ORDERS** that judgment be entered in favor of the defendants, Fayette County Sheriff's Department, Greenbrier County Sheriff's Department, Deputy J.M. Browning, Cpl. John Doe, and Fayette County Board of Education, and that this case be **DISMISSED** and **STRICKEN** from the docket of this court.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:      May 14, 2015

        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE